<u>APPENDIX A</u>

Avalos, Lesbia

Batres, Juan Humberto

Ixcallao, Oscar De Leon

Lopez, Victor

Mendoza, Dario

Moreno, Fernando

PuJuch, Armando Kevin

Zarza, Israel